UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA



IN RE: IN THE MATTER OF THE )
SEARCH OF INFORMATION ASSOCIATED )
WITH bob.malic@live.com THAT IS )
STORED AT PREMISES CONTROLLED )
~~SEARCH WARRANT~~ BY )
MICROSOFT CORPORATION )

MISC. NO. 1:13mj 65-2

**UNDER SEAL**

ORDER TO SEAL SEARCH WARRANT
AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant, Affidavit, Search Warrant Application, Attachments A and B, this Motion and this Order be sealed, to protect the secrecy of the on-going nature of the investigation until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant, Affidavit, Search Warrant Application, Attachments A and B, this Motion and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 31 day of December, 2013.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA